# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:12-CR-100 |
| Plaintiff, | : | Magistrate Judge Michael J. Newman (Class A Misdemeanor) (Consent Case) |
| -vs- | : | |
| RANCE CARR, | : | |
| Defendant. | : | |

_____

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS (DOC. 11)**
_____

The Court has been orally advised by counsel for the government that the government has elected not to proceed with Counts Two and Three of the Information. Based on the Court's analysis in its November 28, 2012 Order, Defendant's motion to dismiss those charges (doc. 11) is **GRANTED**. This case will proceed before the undersigned on the remaining Counts One, Four and Five.

**IT IS SO ORDERED.**

December 12, 2012                                s/ **Michael J. Newman**
                                                United States Magistrate Judge